

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-22-00090-CV

## IN RE STACY CARROLL EISENBISE, EXECUTRIX OF THE ESTATE OF MELISSA G. WOEHLEKE, DECEASED

————————

## Original Proceeding

————————

**From the 82nd District Court**
**Falls County, Texas**
**Trial Court No. CV-41192**

## MEMORANDUM OPINION

The petition for writ of mandamus filed on April 6, 2022 by Relator Stacy Carroll

Eisenbise, Executrix of the Estate of Melissa G. Woehleke, Deceased, is denied.


MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
(Chief Justice Gray concurring)
Petition denied
Opinion delivered and filed June 8, 2022
[OT06]

